UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>READY 2 CLEAN INC.<br><br>DEFENDANT(S) | Case No.<br>08CV2267<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 26, 2008**, at **8:20 AM**, I served the above described documents upon **READY 2 CLEAN INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **BRIAN AURELIO / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **926 S OAKLEY BLVD., #1, CHICAGO, IL 60612**.

**DESCRIPTION:**   Gender: **M**   Race: **HISPANIC**   Age: **40**   Hgt: **5'6"**   Wgt: **190**   Hair: **BLACK**   Glasses: **NO**

**COMMENTS: Property surrounded by a fence & locked gate. Bell and mailbox with Brian Aurelio's name is on the gate. When h/m was asked if he was Brian Aurielo, he hesitated and almost said yes but then said no and then started speaking with a stronger Hispanic accent. He refused to show id. Papers were left at the gate.**

I declare under penalties of perjury that the information contained herein is true and correct.

_Joseph P. Russo_
Joseph P. Russo, Lic #: 117-001119
Judicial Attorney Services, Inc.
27 N Wacker Dr., Ste 431
Chicago, IL 60606
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 27th day of May, 2008

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38248